IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
BRUNSWICK DIVISION

MARIETTA SAMPSON, *
        Plaintiff, *
vs. * CIVIL ACTION NO.
         * CV204-187
EQUIFAX INFORMATION *
SERVICES, LLC., *
        Defendant. *

### ORDER

The Plaintiff having moved to dismiss this action, said motion is hereby GRANTED, and this action shall stand dismissed.

SO ORDERED on this the 21st day of November, 2005.

_____
ANTHONY A. ALAIMO, JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA